UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Robert Alm,                                                  Civ. No. 17-4630 (SRN/LIB)

      Petitioner,

vs.                                                                    ORDER

David Paul,

      Respondent.

* * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, it is --

ORDERED:

1. That the Petition for Writ of Habeas Corpus [Docket No. 1] is **DENIED**.

2. This action is **DISMISSED without prejudice.**

LET JUDGMENT BE ENTERED ACCORDINGLY.

                                                   BY THE COURT:

DATED: January 9, 2018                          s/Susan Richard Nelson
                                                           SUSAN RICHARD NELSON
                                                           United States District Judge